AND NOW, THIS 17th DAY OF
June, 11, IT IS HEREBY
ORDERED THAT THE WITHIN
MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

In The United States District Court

For the Western District of Pennsylvania

Pittsburgh Division

UNITED STATES OF AMERICA

VS.                                    CASE NUMBER: CR01-145

Aaron Moore

## Motion to Terminate Supervised Release

## Pursuant to Title 18 U.S.C. §3583 (e) (1)

Comes Now, Aaron Moore, Defendant in the above referenced cause, pro se, and respectfully moves this Court to terminate his remaining sentence of Supervised Release filing.

Observance of Law:
As stated by Title 18 §3583 Inclusion of a term of supervised released after imprisonment, Subsection (e) allows Modification of Conditions or Revocation.

Under §3583(e)(1)- The court may, after considering the factors set forth in section 3553(a)(1),(a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)

> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

The Facts of the Case:

On the date of March 26, 2002, the defendant was sentenced to 120 months in the Court of Honorable Judge Gary L. Lancaster for violation of Title 21 § 841 (b) (1) (B) (iii) and Title 18 § 924 (c) (1) (A) (i). Along with the 120 months of imprisonment, the defendant was also sentenced to two 60 months terms of Supervised released to run concurrently.